IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SILVA,<br><br>Defendant. | Case No.: CR 21–00099 EJD<br><br>**ORDER CONTINUING SENTENCING HEARING DATE** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby vacates the January 10, 2022 sentencing hearing date and continues this matter to March 7, 2022, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 7, 2022

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge